QUIN DENVIR, Bar #49374
Federal Defender
Melody M. Walcott, Bar #219930
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL JOSEPH BRADFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 01-04-cr-05288 AWI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE HEARING; AND ORDER |
| | ) | THEREON |
| MICHAEL JOSEPH BRADFORD, | ) | |
| | ) | |
| Defendant. | ) | Date:   August 1, 2005 |
| | ) | Time:   9:00 a.m. |
| _____ | ) | Judge:  Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED, by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing scheduled in the above captioned matter for July 25, 2005 may be continued to **August 1, 2005 at 9:00 a.m.**

The grounds for the continuance are further defense preparation and plea negotiations.

The parties agree that the delay resulting from the continuance shall be excluded in the

///

///

///

///

///

1 | interests of justice herein pursuant to 18 U.S.C. 3161(h)(8)(A).

2 | DATED: July 19, 2005                      McGREGOR M. SCOTT
                                              United States Attorney

                                              /s/ Dawrence W. Rice, Jr.
                                              DAWRENCE W. RICE, JR.
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

DATED: July 19, 2005                          QUIN DENVIR
                                              Federal Defender

                                              /s/ Melody M. Walcott
                                              MELODY M. WALCOTT
                                              Assistant Federal Defender
                                              Attorney for Defendant

IT IS SO ORDERED.

**Dated:   July 25, 2005**                    **/s/ Anthony W. Ishii**
0m8i78                                        UNITED STATES DISTRICT JUDGE