1  QUIN DENVIR, Bar #49374
   Federal Defender
2  Melody M. Walcott, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MICHAEL JOSEPH BRADFORD

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )    NO. 1:04-Cr-05288 AWI
                                           )
12              Plaintiff,                 )
                                           )
13       v.                                )    STIPULATION TO CONTINUE STATUS
                                           )    CONFERENCE HEARING; AND ORDER
                                           )    THEREON
14  MICHAEL JOSEPH BRADFORD,               )
                                           )    Date:    August 8, 2005
15              Defendant.                 )    Time:    9:00 a.m.
                                           )    Judge:   Hon. Anthony W. Ishii
16  _____  )

17

18       IT IS HEREBY STIPULATED, by and between the parties hereto, and through their

19  respective attorneys of record herein, that the Status Conference Hearing scheduled in the above

20  captioned matter for August 1, 2005 may be continued to **August 8, 2005 at 9:00 a.m.**

21       The grounds for the continuance are further defense preparation and plea negotiations.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the

2  interests of justice herein pursuant to 18 U.S.C. 3161(h)(8)(A).

3                                                        McGREGOR M. SCOTT
                                                         United States Attorney
4

5

6  DATED: July 26, 2005                          /s/ Dawrence W. Rice, Jr.
                                                  DAWRENCE W. RICE, JR.
7                                                 Assistant U.S. Attorney
                                                  Attorney for Plaintiff
8

9

10                                                QUIN DENVIR
                                                  Federal Defender
11

12

13  DATED: July 26, 2005                         /s/ Melody M. Walcott
                                                  MELODY M. WALCOTT
14                                                Assistant Federal Defender
                                                  Attorney for Defendant
15

16

17

18                              **O R D E R**

19  IT IS SO ORDERED.

20  **Dated:    July 26, 2005**              _____/s/ Anthony W. Ishii_____
    0m8i78                                    UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28